

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 18, 2008

By Fax

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:  Garney Crews v. Astrue
         07 Civ. 6374 (AKH)

*So ordered 1-18-08 /s/ AKH*

Dear Judge Hellerstein:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. The parties have reach an oral agreement to settle this matter. Therefore, with the consent of plaintiff, I respectfully request an extension of two weeks to submit a signed stipulation of remand, from today, January 18, 2008, to February 1, 2008.

    Four prior extensions have been granted to defendant as the answer was originally due on September 17, 2007.

    Thank you for your consideration of this request.

                      Respectfully,

                      MICHAEL J. GARCIA
                      United States Attorney

        By:   /s/ Leslie A. Ramirez-Fisher
              LESLIE A. RAMIREZ-FISHER
              Assistant U.S. Attorney
              Telephone: (212) 637-0378
              Fax: (212) 637-2750

cc: Carol Goldstein, Esq. (by fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08