MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
GARNEY CREWS,                 :
                              :
            Plaintiff,        :
                              :
       - v. -                 :
                              :   STIPULATION AND ORDER
                              :
MICHAEL J. ASTRUE,            :   07 Civ. 6374 (AKH)
Commissioner of               :
Social Security,              :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated:  New York, New York
        January 15, 2008

*[signature]*
CAROL S. GOLDSTEIN, ESQ.
Attorney for Plaintiff
P.O. Box 525
424 North Main Street
Monroe, New York  10949
Telephone No. (845) 783-1178

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: 1/28/08
*[signature]*
UNITED STATES DISTRICT JUDGE