

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 21, 2008

By Hand

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:  Garney Crews v. Astrue
           07 Civ. 6374 (AKH)

Dear Judge Hellerstein:

      This Office represents the Commissioner of Social Security, defendant in the above-referenced action. The parties are exploring settlement of plaintiff's petition for attorney's fees under the Equal Access to Justice Act ("EAJA") that was filed on February 6, 2008. Therefore, with consent of plaintiff, I respectfully request an extension of two weeks from today, until March 6, 2008, to respond to the EAJA petition.

      This is defendant's first request for an extension on the EAJA petition.

      Thank you for your consideration of this request.

                              Respectfully,

                              MICHAEL J. GARCIA
                              United States Attorney

          By:     /s/
                LESLIE A. RAMIREZ-FISHER
                Assistant U.S. Attorney
                Telephone:  (212) 637-0378
                Fax:  (212) 637-2750

cc: Carol Goldstein, Esq. (by fax)

*[Handwritten: "So ordered 2-22-08" with signature of A.K. Hellerstein]*