ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
                                :
GARNEY CREWS,                   :
                                :
            Plaintiff,          :    STIPULATION AND ORDER
                                :
                                :    07 Civ. 6374 (AKH)
    - v. -                      :
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
- - - - - - - - - - - - - - - -x





IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay to plaintiff's counsel, the sum of one thousand nine hundred and seventy-two dollars and twenty-seventy cents ($1,972.27) in attorney's fees, pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412, in full satisfaction of any and all claims for attorney's fees and costs in connection with this action.

Dated: New York, New York
       February 22, 2008

By: *[signature]*
CAROL S. GOLDSTEIN, ESQ.
424 North Main Street
P.O. Box 525
Monroe, New York  10950
Telephone No.: (845) 783-1178

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: 3/3/08

*[signature]*
UNITED STATES DISTRICT JUDGE